UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10371-RGS

UNITED STATES OF AMERICA

v.

KEVIN P. O'NEIL and
KEVIN J. WEEKS

MEMORANDUM AND ORDER ON
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

December 7, 2001

STEARNS, D.J.

Because I agree with the Magistrate Judge that any declaration of rights on the part of the plaintiffs in the state court action to property subject to the federal forfeiture proceeding would have no binding effect, the Anti-Injunction Act counsels against any interference with the state court.  Therefore, I adopt the Magistrate Judge's Report and Recommendation and I will DENY the United States' Motion for a Supplemental Restraining Order.

SO ORDERED.

_Richard G. Stearns_
UNITED STATES DISTRICT JUDGE

by Order of the Court.
Maria Rice Hamilton
Deputy Clerk